■ RICHARD F. KLEIN, SR., Respondent, v. RICHARD F. KLEIN, JR., Appellant, et al., Defendant.— Motion by appellant for a stay of the judgment pending appeal therefrom, granted, on condition that, within 10 days after entry of the order hereon, appellant shall file and serve an undertaking for $5,000, with corporate surety, to pay any damage which respondent may sustain by reason of any loss in the market value of the stock during the pendency of the appeal and to pay all costs and disbursements which may be awarded against appellant, in the event the judgment be affirmed or the appeal be dismissed. Beldock, P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ (A) IDA R. CORNMAN, Respondent, v. NATHAN GOTTESMAN, Respondent, and REGENT BOAT CORP., Appellant, et al., Defendants. (B) SEYMOUR KNOPFLER, Respondent, v. FREDERICK BOHEN et al., Defendants, and ALLIS-CHALMERS MANUFACTURING COMPANY, Appellant. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.— [In each action] Motion by appellant for reargument or for leave to appeal to the Court of Appeals, denied, with $10 costs.

■ MARTIN BERGEN, Appellant, v. SUPREME DECORATING CORP. et al., Respondents, et al., Defendants.— In an action to recover damages for personal injuries sustained by plaintiff when he fell from a ladder because a rung broke, plaintiff appeals from an order of the Supreme Court, Kings County, dated November 7, 1960, which granted the motion of the corporate defendants, Supreme and Hass, to serve an amended answer pleading affirmative defenses by Supreme to the effect that workmen's compensation is plaintiff's exclusive remedy on the alternative grounds that he was a regular employee of Supreme or a special employee of Supreme, or that he was injured by the negligence of a fellow employee. Order affirmed, without costs. No opinion. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.